NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1138
(Opposition No. 91/169,922)

MAYFLOWER INTERNATIONAL, INC.,

Appellant,

v.

TIANXIANG LIN,

Appellee.

Appeal from the United States Patent and Trademark Office,
Trademark Trial and Appeal Board.

ON MOTION

Before LINN, Circuit Judge.

ORDER

Thomas Brois submits a document stating that he is counsel for Mayflower International, Inc. and moves for an extension of time to file its brief.

The court notes that counsel for Mayflower has not entered an appearance. Pursuant to Fed. Cir. R. 46 and 47.3, in order for counsel to represent Mayflower before the court, counsel must file an application for admission to the court's bar, if he is not already a member, and then enter an appearance in this appeal.*

Accordingly,

IT IS ORDERED THAT:

(1)    Counsel for Mayflower must enter an appearance within 60 days of the date of filing of this order or the appeal will be dismissed.

_____

* The court notes that Mayflower's docketing statement is overdue. Mayflower must file the docketing statement within 60 days of the date of filing of this order.

(2)    The motions for an extension of time are granted.  Mayflower's brief is due within 60 days of the date of filing of this order.  No further extensions will be granted.

FOR THE COURT

APR 2 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 0 2009

JAN HORBALY
CLERK

cc:    Thomas Brois, Esq.
       David M. Kelly, Esq.

s20